**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Gloria White, | : |
| Plaintiff, | : Civil Action No.: 7:10-CV-00157 |
| v. | : |
| Financial Recovery Services; and DOES 1-10, inclusive, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 29, 2010

Respectfully submitted,

PLAINTIFF, Gloria White

/s/ Sergei Lemberg

Sergei Lemberg, Esq. (SL 6331)
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 29, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By <u>/s/ Sergei Lemberg</u>

                                                Sergei Lemberg