UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gloria White,<br><br>         Plaintiff,<br>v.<br><br>Financial Recovery Services, Inc.; and DOES 1-10, inclusive,<br><br>         Defendant. | Civil Action No.: 7:10-CV-00157 |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against with prejudice and without costs to any party.

| Gloria White | Financial Recovery Services, Inc. |
|---|---|
| ___/s/ Sergei Lemberg_____ | ____/s/ Sergio Alves_____ |
| Sergei Lemberg, Esq. (SL 6331)<br>Lemberg & Associates, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>Attorney for Plaintiff | Sergio Alves<br>Kaufman Borgeest & Ryan LLP<br>200 Summit Lake Drive<br>Valhalla, NY 10595<br>(914) 449-1000<br>Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2010, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the [ENTER] District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                    By /s/ Sergei Lemberg_____  
                                                       Sergei Lemberg